# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



TAG/ICIB SERVICES, INC. as
agent for TRAILER BRIDGE, INC.

VS.

CIVIL NO. 97-2852 (JAF)

EMPRESAS NAZIR



## DESCRIPTION OF MOTION

**DATE FILED:** 11/01/99  **DOCKET #:** 8

**TITLE:** MOTION by TAG/ICIB Services |for Carlos C. Santiago to Withdraw as Attorney|

[X] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

X GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

2/1/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE